## CIVIL COVER SHEET (JS-44)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## CIVIL COVER SHEET

*(This JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.)*

**I. (a) PLAINTIFF(S):**

Case: 1:25−cv−01707
Assigned To : Unassigned
Assign. Date : 5/30/2025
Description: FOIA/Privacy Act (I−DECK)

**Name:** Joseph Reyna

**Address:** 28251 Boerne Stage Road, Boerne, TX 78006

**Email:** whitehat@joecattt.com

**Phone:** (956) 202-5580

**(b) DEFENDANT(S):**

**U.S. Agency for Global Media (USAGM)**

**Address:** 330 Independence Avenue SW, Washington, DC 20237

**(c) County of Residence of First Listed Plaintiff:** Kendall County, Texas

**(d) County of Residence of First Listed Defendant:** District of Columbia

**(e) Attorneys (Firm Name, Address, Telephone Number):**

**Pro Se Plaintiff**

**II. BASIS OF JURISDICTION (Place an "X" in One Box Only):**

[ ] 1 U.S. Government Plaintiff

**[X] 2 U.S. Government Defendant**

[ ] 3 Federal Question (U.S. Government Not a Party)

[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only):**

[ ] Not Applicable

**IV. NATURE OF SUIT (Place an "X" in One Box Only):**

[ ] Administrative Procedure Act/Review or Appeal of Agency Decision

**[X] 895 Freedom of Information Act**

**V. ORIGIN (Place an "X" in One Box Only):**

**[X] 1 Original Proceeding**

[ ] 2 Removed from State Court

[ ] 3 Remanded from Appellate Court

[ ] 4 Reinstated or Reopened

[ ] 5 Transferred from Another District (specify)

[ ] 6 Multidistrict Litigation – Transfer

[ ] 8 Multidistrict Litigation – Direct File

## VI. CAUSE OF ACTION:

**Brief description of cause:**

Freedom of Information Act, 5 U.S.C. § 552 – Complaint for wrongful denial of expedited processing and unlawful withholding of public records.

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**[X] DEMAND: Expedited Disclosure + Records**

[ ] CHECK YES ONLY IF DEMANDED IN COMPLAINT:

Jury Demand: [ ] Yes **[X] No**

## VIII. RELATED CASE(S) IF ANY (See instructions):

**None known at this time.**

**Date:** May 26, 2025

**Signature of Attorney of Record (Pro Se):**

**/s/ Joseph Reyna** 

Joseph Reyna