## COVER LETTER TO CLERK OF COURT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Date: May 26, 2025**

**Joseph Reyna**

Pro Se Plaintiff

Dreams Over Dollars

28251 Boerne Stage Road

Boerne, TX 78006

whitehat@joecattt.com

(956) 202-5580

**Clerk of Court**

U.S. District Court for the District of Columbia

333 Constitution Avenue NW

Washington, D.C. 20001

**Re: FOIA Complaint – Reyna v. U.S. Agency for Global Media**

**Request to Proceed In Forma Pauperis**

Dear Clerk of Court:

Please find enclosed the following documents for filing a pro se civil complaint under the Freedom of Information Act (5 U.S.C. § 552):

1. Complaint for Declaratory and Injunctive Relief

2. Civil Cover Sheet (JS-44)

3. Summons in a Civil Action (AO 440)

4. Motion to Proceed In Forma Pauperis

5. Declaration in Support of Motion to Proceed In Forma Pauperis

6. This Cover Letter

I respectfully request the Court accept this case for filing and permit me to proceed in forma pauperis under 28 U.S.C. § 1915, as I am currently unable to afford the filing fee. I am housing-insecure due to pending litigation with my former landlord and am receiving SNAP benefits.

Should the Court require any revisions or additional documentation, I welcome the opportunity to amend or supplement. I further request that this case be designated as a FOIA matter and processed with public interest urgency.

A courtesy copy has also been sent to the Clerk's Office at: **dcd_cmecf@dcd.uscourts.gov**

Thank you for your time and assistance.

Sincerely,

**/s/ Joseph Reyna**

Joseph Reyna

Pro Se Plaintiff