**SUMMONS IN A CIVIL ACTION (AO 440)**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**JOSEPH REYNA,**

Plaintiff,

v.

**U.S. AGENCY FOR GLOBAL MEDIA,**

Defendant.

**Civil Action No. _____**

(To be assigned by the Clerk)

**SUMMONS IN A CIVIL ACTION**

**TO:**

**U.S. Agency for Global Media (USAGM)**

c/o General Counsel

330 Independence Avenue SW

Washington, DC 20237

A lawsuit has been filed against you.

Within **30 days** after service of this Summons on you (not counting the day you received it)—or **60 days** if you are the United States or a United States agency, officer, or employee sued in an official capacity—you must serve on the Plaintiff an answer to the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on:

**Joseph Reyna**

Dreams Over Dollars

28251 Boerne Stage Road

Boerne, TX 78006

whitehat@joecattt.com

(956) 202-5580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint. You also must file your answer or motion with the Court.

---

**CLERK OF COURT**

Date: May 26, 2025

_____

**Signature of Clerk or Deputy Clerk:**