UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH REYNA,<br><br>             Plaintiff,<br><br>     v.<br><br>U. S. AGENCY FOR GLOBAL MEDIA,<br><br>             Defendant. | Civil Action No. 25-1707 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's May 22, 2026, Minute Order, *pro se* Plaintiff, Joseph Reyna and Defendant, the U. S. Agency for Global Media, ("Defendant" or "Agency"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report in this Freedom of Information Act ("FOIA") litigation.

1.      This is a FOIA matter involving a request that Plaintiff submitted in March 2025 seeking records related to Voice of America ("VOA") editorial influence, external communications regarding VOA editorial decisions, and internal communications concerning music industry reporting, including discussions of alleged algorithmic suppression, corporate influence and related media coverage. *See* ECF No. 22 - Amended Complaint ¶ 9.

2.      The parties report that they are available for a status conference on June 12, 2026, June 29, 2026, or June 30, 2026. Plaintiff respectfully request that the status conference be conducted by written submission, or, in the alternative, that the Court be advised of this accommodation so it may set a format that permits me to participate and respond in writing rather than by live appearance. The Defendant respectfully submits that the parties should be required to appear in person for the anticipated status conference

Dated: June 1, 2026
     Washington, D.C.

*/s/ Joseph Anthony Reyna*
Joseph Anthony Reyna

*Pro se Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kimberly A. Stratton*
KIMBERLY A. STRATTON
P.A. Bar #327725
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Ph: (202) 417-4216
Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*