UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH REYNA,

Plaintiff,

v.

U. S. AGENCY FOR GLOBAL MEDIA,

Defendant.

Civil Action No. 25-1707 (SLS)

**JOINT STATUS REPORT**

Pursuant to the Court's August 3, 2026, Minute Order, *pro se* Plaintiff, Joseph Reyna and Defendant, the U. S. Agency for Global Media, ("Defendant" or "Agency"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report in this Freedom of Information Act ("FOIA") litigation.[1]

1. This is a FOIA matter involving a request that Plaintiff submitted in March 2025 seeking records related to Voice of America ("VOA") editorial influence, external communications regarding VOA editorial decisions, and internal communications concerning music industry reporting, including discussions of alleged algorithmic suppression, corporate influence and related media coverage. *See* ECF No. 22 - Amended Complaint ¶ 9.

2. Defendant reports that it completed its search using the newly proposed search terms. The search located 660 potentially responsive records. Defendant is unable to estimate the number of pages at this time as Defendant has not yet completed its responsiveness review.

[1] The parties were able to confer after counsel for the Defendant filed a Defendant's only status report yesterday (ECF No. 40). The instant status report is the same substantively as the Defendant's only status report.

Defendant anticipates processing the records by reviewing 300 pages each month. Defendant anticipates releasing a production on or before September 30, 2026, and each month thereafter until completion. Defendant further reports that it has researched Plaintiff's concern regarding record retention considering the Defendant's 2025 restructuring. Defendant reports that there is no evidence that records related to Plaintiff's FOIA request have been lost due to this restructuring.

3. The parties respectfully request a reasonable amount of time for Defendant to process the records potentially responsive to Plaintiff's FOIA request. The parties respectfully propose filing a status report on October 7, 2026, updating the Court on the status of Plaintiff's FOIA request.

Dated: August 26, 2026

Respectfully submitted,

*<u>/s/ Joseph Anthony Reyna</u>*
Joseph Anthony Reyna (JoeCat®)
5900 Balcones Drive, STE 100
Austin, TX 78731
512-200-3069
whitehat@joecattt.com
USPTO Reg. 6,057,783 (JOECAT®)
Pro se Plaintiff

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Kimberly A. Stratton</u>*
KIMBERLY A. STRATTON
P.A. Bar #327725
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Ph: (202) 417-4216
Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*